## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: March 25, 2026

YOUNAS SAYED MOHAMMAD      )
NADURATH,                  )
                           )
        Petitioner,      )
                           )
v.                         )      Case No. CIV-26-00487-JD
                           )
KRISTI NOEM, et al.,       )
                           )
        Respondents.     )

### ENTER ORDER:

This case was filed on March 13, 2026. At that time, the undersigned district judge's husband was on military orders and detailed as a temporary immigration judge, outside of this judicial district, outside the Tenth Circuit, and outside the State of Oklahoma. Judge Dishman has reviewed the above-captioned matter and does not see a conflict or view her husband's military orders and temporary detail as a reason to recuse in this matter. However, she makes this disclosure and is giving the parties an opportunity to request her recusal and for a reassignment to another district judge.

For Petitioners or Respondents to request Judge Dishman's recusal and reassignment to another district judge using the process and deadlines in this order, the party through counsel must, by **April 1, 2026**, contact the Clerk of Court, Joan Kane, by either telephone at 405-609-5050 or e-mail at Joan_Kane@okwd.uscourts.gov.

Should either party request additional information regarding this disclosure or order or should either party request a conference with the undersigned judge regarding this disclosure or order, they must promptly contact the undersigned district judge's chambers at 405-609-5520 before the deadlines listed above. Should either party request an extension of their deadline imposed by this order, the party shall file the motion to extend in advance of the party's deadline.

This case remains referred to Judge Mitchell. *See* [Doc. Nos. 3, 6].

2

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK

By:    /s/ Carol Ditta
                Deputy Clerk

2