**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| YOUNAS SAYED MOHAMMAD NADURATH, | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. CIV-26-00487-JD |
| MARKWAYNE MULLIN, et al., | ) | |
| Respondents. | ) | |

**ORDER**

The Court has reviewed the parties' submissions concerning Petitioner Younas Sayed Mohammad Nadurath's petition for a writ of habeas corpus under 28 U.S.C. § 2241. On October 21, 2026, the United States Court of Appeals for the Tenth Circuit issued its decision in *Abedi v. Carter*, No. 25-3179, 2026 WL 3149141 (10th Cir. Oct. 21, 2026). Because *Abedi* may bear on the issues presented in this action, the Court directs Petitioner and Respondents to file supplemental briefs addressing whether *Abedi* impacts the disposition of this case within 14 days of this Order. The supplemental briefs shall not exceed 10 pages. Any response shall be filed within 7 days and shall not exceed 5 pages. No additional briefing may be filed without leave of Court. The Court expresses no view at this time on the merits of the petition or the ultimate applicability of *Abedi* to this action.

IT IS SO ORDERED this 22nd day of October 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE