**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| YOUNAS SAYED MOHAMMAD NADURATH, | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. CIV-26-00487-JD |
| MARKWAYNE MULLIN, et al., | ) | |
| Respondents. | ) | |

# ORDER

Before the Court is Respondents' Status Report ("Notice") [Doc. No. 27] in which Respondents "inform the Court that they are in the process of releasing Petitioner, but there have been logistical hurdles to his safe release because Petitioner is in a staging area in Louisiana located within a rural area." Notice at 1. Respondents advise that Petitioner is scheduled for a flight out of New Orleans, Louisiana, to Dallas, Texas, on Sunday, November 8, 2026, and that once Petitioner returns to Dallas, he will be promptly released. *Id.* Also before the Court is Petitioner's Emergency Motion to Enforce Order and Judgment and for Immediate Release ("Emergency Motion") [Doc. No. 28]. Petitioner moves the Court to enforce its November 3, 2026 Order and Judgment [Doc. Nos. 25, 26], which directed Respondents to release Petitioner "immediately from ICE custody pursuant to the terms of his previous [Order of Supervision]." [Doc. No. 25 at 3]; Emergency Motion at 1. The Court GRANTS Petitioner's Emergency Motion [Doc. No. 28] and ORDERS Petitioner's immediate release from ICE custody pursuant to the terms of his previous Order of Supervision ("OOS"). Respondents are directed to file a status

report with the Court within 24 hours of this Order certifying that Petitioner has been released.

The Court's Order and Judgment of November 3, 2026, required Respondents to release Petitioner immediately from ICE custody pursuant to the terms of his previous OOS and to file a status report with the Court certifying their compliance within two days of the Order. [Doc. Nos. 25 at 3 and 26 at 1]. Respondents have filed a Notice indicating that Petitioner is scheduled for a flight to Dallas on Sunday, November 8. Respondents do not seek an extension for more time to effectuate Petitioner's release, nor have they filed a motion for a court order. Federal Rule of Civil Procedure 7(b)(1) states that "[a] request for a court order must be made by motion."

Accordingly, Petitioner's Emergency Motion [Doc. No. 28] is GRANTED. Respondents are directed to file a status report with the Court within 24 hours of this Order certifying that Petitioner has been released.

IT IS SO ORDERED this 6th day of November 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE